# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT GRANDBERRY, <br><br> Petitioner, <br><br> v. <br><br> SOTO, Warden, <br><br> Respondent. | Case No. CV 15-7438 DMG(JC) <br><br> JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 10, 2017

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE